■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERMAINE L. WILLIAMS, Appellant. [893 NYS2d 798]—Appeal from a judgment of the Cayuga County Court (Thomas G. Leone, J.), rendered June 26, 2008. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Fahey, Lindley and Green, JJ.